UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CREWS, | No. 2:20-cv-2047 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. In his complaint, plaintiff seeks injunctive relief with respect to medical care he is receiving at the California Institution for Men in Chino. Chino, a city in San Bernardino County, lies within the jurisdiction of the United States District Court for the Central District of California. As a matter of convenience and in the interest of justice, the court will transfer this action to the Central District. See 28 U.S.C. § 1404.

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated: November 18, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/crew2047.21